```
1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
5     E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GLORIA JEAN HENDERSON,        ) | No.  CV 13 - 2930 FFM |
| ) | |
| Plaintiff,                    ) | [~~PROPOSED~~] ORDER AWARDING |
| ) | EAJA FEES |
| v.                            ) | |
| ) | |
| CAROLYN W. COLVIN             ) | |
| Acting Commissioner Of Social Security, ) | |
| ) | |
| Defendant.                    ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED EIGHTY ONE DOLLARS AND 83/100 ($1,981.83) subject to the terms of the stipulation.

DATE:  September 23, 2014


/S/ FREDERICK F. MUMM

HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-